EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
ALLAN YANNOW, State Bar No. 63257
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5955
  Fax:  (415) 703-1234
  Email:  Allan.Yannow@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ROBERT LAMAR BALL,** | C 07-2726 MMC (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent answers the petition for writ of habeas corpus as follows:

**I.**

**CUSTODY**

Petitioner is in the lawful custody of the California Department of Corrections after a conviction of felony assault on a transportation worker, Cal. Penal Code § 245.2 and two misdemeanor offenses. On the basis of that conviction and certain sentence enhancements, the court sentenced petitioner to a term of 16 years.

///

## II

## EXHAUSTION

The Court of Appeal affirmed the felony conviction and sentence but reversed one of the misdemeanor convictions. The appellate court also ruled that a concurrent misdemeanor sentence should have been stayed. In all other respects the Court of Appeal affirmed the conviction. The California Supreme Court denied review.

Petitioner also filed petitions for writ of habeas corpus in the Court of Appeal and the California Supreme Court. Those counts denied the respective petitions. Petitioner has no available and unexhausted state remedies.

## III

## RECORDS SUBMITTED

The Clerk's Transcript is Exhibit A. The reporter's transcript is Exhibit B.

Appellant's Opening Brief is Exhibit C. Respondent's Brief is Exhibit D. Appellant's Reply Brief is Exhibit E. The opinion of the Court of Appeal is Exhibit. F. The Petition for Rehearing is Exhibit G. The Order Denying that Petition is Exhibit H.

The Petition for Writ of Habeas Corpus filed in the Court of Appeal is Exhibit I. The Order denying that petition is Exhibit J.

The Petition for Review in connection with the petition for writ of habeas corpus is Exhibit K. Respondent has been unable to locate a copy of the actual order denying said petition, and is therefore submitting a printout from the Court's website of the order denying that petition, as Exhibit L.

The Petition for Review in connection with the appeal is Exhibit M. The Order denying said petition is Exhibit N.

## IV

## DENIAL OF CLAIMS

Respondent denies all allegations in the petition for writ of habeas corpus except as admitted in the attached Memorandum of Points and Authorities which is hereby incorporated by

1 | reference.

## CONCLUSION

WHEREFORE, respondent requests that the petition for writ of habeas corpus be denied.

Dated: October 1, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


 /s/ Allan Yannow

ALLAN YANNOW
Deputy Attorney General
Attorneys for Respondent

20106011.wpd
SF2007401801

Answer To Order To Show Cause - Ball v. Sisto - C 07-2726 MMC (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Robert Lamar Ball v. D.K. Sisto, Warden**

No.:   **C 07-2726 MMC (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 1, 2007, I served the attached

**ANSWER TO ORDER TO SHOW CAUSE;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER;**

**NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Robert Lamar Ball**
**V-79505**
**California State Prison Solano III, 1-133U**
**P.O. Box 4000**
**Vacaville, CA 95696-4000**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 1, 2007, at San Francisco, California.

                    J. Wong                                             /s/ J. Wong
                  Declarant                                               Signature

20106441.wpd