1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  ALLAN YANNOW, State Bar No. 63257
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5955
    Fax:  (415) 703-1234
8   Email:  Allan.Yannow@doj.ca.gov

9  Attorneys for Respondent

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14
   **ROBERT LAMAR BALL,**                  C 07-2726 MMC (PR)
15
                              Petitioner,  **NOTICE OF LODGING OF,**
16                                         **AND INDEX TO, EXHIBITS**
        v.
17
   **D.K. SISTO, Warden,**
18
                              Respondent.
19

20      Respondent hereby submits the following exhibits to be lodged with the Clerk of the Court

21  in support of the Answer and supporting memorandum.

22              **RESPONDENT'S INDEX TO LODGED EXHIBITS**

23      EXHIBIT A:  Clerk's Transcript

24          –   Clerk's Transcript (1 volume)

25          –   Supplemental Clerk's Transcript (1 volume)

26          –   Augmentation of Clerk's Transcript (1 volume);

27      EXHIBIT B:  Reporter's Transcript

28          –   Reporter's Transcript (2 volumes)

Notice Of Lodging Of, And Index To, Exhibits - *Ball v. Sisto* - C 07-2726 MMC (PR)

1

1  – Reporter's Transcript (May 10, 2005);

2  EXHIBIT C: Appellant's Opening Brief;

3  EXHIBIT D: Respondent's Brief;

4  EXHIBIT E: Appellant's Reply Brief;

5  EXHIBIT F: State Court Opinion;

6  EXHIBIT G: Petition for Rehearing;

7  EXHIBIT H: Order Denying Petition for Rehearing;

8  EXHIBIT I: Petition for Writ of Habeas Corpus;

9  EXHIBIT J: Order Denying Petition for Writ of Habeas Corpus;

10  EXHIBIT K: Petition for Review (California Supreme Court No. 114830);

11  EXHIBIT L: California Courts – Appellate Court Case Information Indicates that Petition for
12  Review Denied (California Supreme Court No. S114830);

13  EXHIBIT M: Petition for Review (California Supreme Court No. S145089);

14  EXHIBIT N: Order Denying Petition for Review (California Supreme Court No. S145089).

16  Dated: October 1, 2007

17  Respectfully submitted,

18  EDMUND G. BROWN JR.
Attorney General of the State of California

19  DANE R. GILLETTE
Chief Assistant Attorney General

20  GERALD A. ENGLER
21  Senior Assistant Attorney General

22  PEGGY S. RUFFRA
Supervising Deputy Attorney General

24  /s/ Allan Yannow

25  ALLAN YANNOW
Deputy Attorney General
26  Attorneys for Respondent

28  20105785.wpd
SF2007401801

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Robert Lamar Ball v. D.K. Sisto, Warden**

No.: **C 07-2726 MMC (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 1, 2007, I served the attached

**ANSWER TO ORDER TO SHOW CAUSE;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER;**

**NOTICE OF LODGING OF, AND INDEX TO, EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Robert Lamar Ball**
**V-79505**
**California State Prison Solano III, 1-133U**
**P.O. Box 4000**
**Vacaville, CA 95696-4000**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 1, 2007, at San Francisco, California.

J. Wong
Declarant

Signature

20106441.wpd