United States District Court
Northern District of California

Robert Lamar Ball
Petitioner

C-07-2726-MMC
5/15/08

Vs

Respondent
Salinas Valley
State Prison

## Change of Address

I Robert LaMar Ball ASK this District Court To Take notice that My Address Has Changed

To:
Salinas Valley state prison
Robert LaMar Ball # V79505
Facility C-(C-5-228")
  P.O Box 1050
Soledad, Ca 93960-1060

From:
Solano state Prison
P.O Box 4000
Vacaville, Ca 95696-4000

Please forward all legal matters to my "new" Address
: Salinas Valley state Prison
  Robert LaMar Ball # V79505
  Facility C (C-5 228")
  P.O Box 1050
  Soledad Ca 93960-1060

Robert Ball
5-15-08

FILED
08 MAY 19
[stamp]

Proof of Service

(1A)
Pre
# Rober Lamar Ball
V79505
C-07-2726 MMC(PR)
5-15-08

I Robert Lamar Ball undersigned Certify and Declare that I am a citizen of the united states over the age of 18.

I Robert Lamar Ball served a true copy of "Change of Address" To the northern District Court of California By Depositing it in Salinas Valley mail Sealed envelope with Postage Paid to the following:


To Clerk united states northern District Court: 450 Golden Gate Avenue
San Francisco Ca 94102

I undersigned Mailed a true and correct copy of Change of Address to Clerk of united states Northern District Court

May-15-2008
Robert L. Ball
Robert L. Ball

Robert L. Ball #V79505
Salinas Valley State Prison
Facility C (C-5-228y)
P.O Box 1050
Soledad, Ca 93960-1050

Office of the Clerk
US District Northern District of California
450 GoldenGate Avenue
San Francisco California 94102

STATE PRISON GENERATED MAIL