In Pro Pre 8/27/08

Robert Lamar Ball #V79505
Salinas Valley State Prison
P.O Box 1050
Soledad, Ca 93960-1060

FILED
08 AUG 27 PM 1:38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

Robert Lamar Ball
  Petitioner
  VS
  Evans
  Respondent

#No MMC(RR) C07-2726

Motion and Declaration for Appointment of Counsel

Petitioner Robert L. Ball, Moves this court for an order appointing counsel at public expense 28 USC section 1915(d); 18 USC section 3006(A)

Counsel should be appointed because the issues in my case are particularly complex Dillion vs US 307 F2d and because my access to the law library is not adequate and I am unable to proceed alone Kreiling vs field 431 F.2d

I declare under the penalty of perjury that the foregoing is true and correct and that this declaration was executed at Salinas Valley State Prison P.O Box 1050 Soledad, Ca 93960  8/27/08

Salinas Valley State Prison
Robert Lamar Bauff/V9305
Facility C-C-3-113y
P.O. Box 1050
Soledad Ca. 93960-1060

LEGAL MAIL

STATE PRISON
GENERATED MAIL

United States District Court
Northeen District of California
450 Golden Gate Ave.
SanFrancisco, Ca. 94102-3483

94102+36611 0004

Case 3:07-cv-02726-MMC    Document 11    Filed 08/27/2008    Page 3 of 3