Salinas Valley State Prison
Robert L Ball #V79505
Facility C-C-3-1134
SoleDad, Ca 93960-1060

9-2-08
Pro-Pre
C07-2726-MMC(PR)

FILED
08 SEP -5 AM 11:15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk Please for your Record
The ADDress is wrong Below is the
Correct one
    thank you

 Salinas Valley State Prison
 Robert L. Ball #V79505
 Facility C-C-3-1134
 SoleDad, Ca 93960-1060

    Thank you

R. Ball



Salinas Valley State Prison
Robert L Ball V79505
Facility C-3-113u
P.O Box 1050
Sole Dad, Ca 93960-1060

STATE PRISON
GENERATED MAIL

Office of The Clerk
U.S District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

legal Mail

9-2-08

