IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ROBERT LAMAR BALL, | ) | No. C 07-2726 MMC (PR) |
|---|---|---|
| Petitioner, | ) ) | **ORDER DENYING THIRD MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | ) ) | |
| D.K. SISTO, Warden, | ) | **(Docket No. 16)** |
| Respondent. | ) ) | |
| _____ | ) | |

On June 28, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed an answer to the petition and petitioner has filed a traverse. The merits of the petition will be resolved by separate order.

Petitioner, for the third time, moves for appointment of counsel. The Court previously denied petitioner's first and second requests on the ground the interests of justice do not require appointment of counsel in the instant case at this time. See 18 U.S.C. § 3006A(a)(2)(B) (providing district court may appoint counsel to represent habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation.") Additionally, the Court informed petitioner, in both instances, that, should the circumstances change materially at a later stage of the litigation, the Court will reconsider its decision sua sponte.

As of today's date, there has been no material change warranting appointment of counsel. Accordingly, the request for appointment of counsel is hereby DENIED.

This order terminates Docket No. 16.

IT IS SO ORDERED.

DATED: September 30, 2010

_____
MAXINE M. CHESNEY
United States District Judge