LAW OFFICE OF JOHN HALLEY
John A. W. Halley, SBN 111682
620 Jefferson Avenue
Redwood City, CA 94063
Telephone: (650) 366-6789
Fax: (650) 365-5386
Email: jhalley@aol.com

Attorney for Robert Lamar Ball

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LAMAR BALL,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN D.K. SISTO,<br><br>    Respondent.<br>_____ | Case No.: C 07-2726 MMC (PR)<br><br>[PROPOSED] ORDER EXTENDING TIME FOR STATE COURT RETRIAL OR RE-SENTENCING |

Pursuant to the stipulation of counsel for petitioner and for the San Mateo District Attorney, and on the basis of the good cause stated therein, it is hereby ORDERED that this court's November 1, 2010 order partially granting the petition for a writ of habeas corpus herein is modified, as follows: to extend the time in which petitioner shall either be retried on the deadly weapon allegation or resentenced without the use of that allegation is EXTENDED an additional 90 days from January 30, 2011.

///

///

Dated: January 21, 2011

HON. MAXINE CHESNEY
United States District Judge